NOURSE & BOWLES, LLP
Attorneys for Defendant
TOKYO MARINE CO., LTD.
One Exchange Plaza at 55 Broadway
New York, New York 10006
(212) 952-6200
Email: jpare@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INNOVATION FUELS, INC., ARGOS
INTERNATIONAL TRADING (AIT) B.V.,
and GLENCORE GRAIN B.V.,

                                      Plaintiffs,

    - against -

BARGE COLD SPRING HARBOR and
M/V SPRING VIRGO, their engines, boilers,
furniture, tackle, apparel, etc., *in rem*;
GREATER NY MARINE TRANSPORTATION
LLC, MIWA KAIUN CO., LTD.,
JTS MARINE CORP., TOKYO MARINE CO.,
LTD., and JOHN DOE 1-10, as owners,
charterers, managers and/or operators, etc., of
the BARGE COLD SPRING HARBOR,
*in personam*,

                                      Defendants.
-----------------------------------------------------------------X

                               **09-cv-9953(PKC)**

                           **NOTICE OF APPEARANCE**

SIRS:

      Please enter the appearance of the undersigned on behalf of defendant, TOKYO MARINE CO., LTD. to receive ECF notices in this matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         August 24, 2010

                                    NOURSE & BOWLES, LLP
                                    Attorneys for Defendant
                                    TOKYO MARINE CO., LTD.

                                    By:_____
                                    Armand M. Paré, Jr. (AP 8575)
                                    One Exchange Plaza
                                    At 55 Broadway
                                    New York, NY 10006-3030
                                    (212) 952-6200
                                    Email: jpare@nb-ny.com