USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-10

MARTIN F. CASEY*
GREGORY G. BARNETT**
THOMAS M. GRASSO*

CHRISTOPHER M. SCHIERLOH
PATRICIA MAHER

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
65 West 36th Street, 9th Floor
New York, New York 10018
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960
Tel: (973) 993-5161
Fax: (973) 539-6409

mfc@caseybarnett.com

September 30, 2010

Via Telecopier 212-805-7949

**MEMO ENDORSED**

Conference adjourned
to: Dec. 20, 2010 at 10:30am
from: October 1, 2010

SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
9-30-10

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Innovation Fuels, Inc. v. Barge Cold Spring Harbor*
09 cv 9953 (PKC)
Our Ref: 228-69

Dear Honorable Judge:

We represent the plaintiffs in the above referenced matter and, with the consent of each of the defense attorneys, write to seek an adjournment of the status conference scheduled for tomorrow, October 1, 2010.

The parties are close to resolving this case by settlement and that it can be accomplished within the next 30 days. The parties do not presently believe that they require the assistance of the Court in order to complete the settlement.

We thank the Court for its consideration of this request.

Respectfully submitted,

CASEY & BARNETT, LLC

Martin F. Casey

cc: Michael Unger, Esq.      unger@freehill.com
    David Nourse, Esq.       dnourse@nb-ny.com
    Armand Pare, Esq.        apare@nb-ny.com
    Michael Stern, Esq.      mstern@rubinflorella.com