```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INNOVATION FUELS, INC. et al.

        Plaintiffs,

  - against -

BARGE COLD SPRING HARBOR et al

        Defendants.
-----------------------------------------------------------X

09 Civ. 9953 (PKC)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

      The above-captioned matter having been settled pursuant to agreement by and between the parties,

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of this Order.

      **IT IS FURTHER STIPULATED AND AGREED** that this discontinuance is without prejudice to a claim for demurrage under the charter party between Tokio Marine Co., Ltd. and Innovation Fuels, Inc.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation by be executed in counter-parts.

Dated: New York, New York
November 1, 2010

**INTENTIONALLY LEFT BLANK**

CASEY & BARNETT, LLC
Attorneys for Plaintiffs

By: /s/ Martin F. Casey
    Martin F. Casey
65 West 36th Street, 9th Floor
New York, New York 10018
(212) 286-0225

RUBIN FIORELLA & FRIEDMAN LLP
Attorneys for Defendant Greater NY Marine
Transportation LLC

By: /s/ Michael E. Stern
    Michael E. Stern
292 Madison Avenue
New York, New York 10017
(212) 953-2381

NOURSE & BOWLES LLP
Attorneys for Defendant Tokyo Marine

By: /s/ David Nourse
    David Nourse
One Exchange Plaza
at 55 Broadway
New York, New York 10006
(212) 952-6200

FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendants JTS Marine Corp
and MIWA Kaiun Co. Ltd.

By: _____
    Michael E. Unger
80 Pine Street
New York, New York 10005
(212) 425-1900

SO ORDERED:

_____
        U.S.D.J.

2

| | |
|---|---|
| **CASEY & BARNETT, LLC**<br>Attorneys for Plaintiffs<br><br>By: _____<br>    Martin F. Casey<br>65 West 36th Street, 9th Floor<br>New York, New York 10018<br>(212) 286-0225 | **RUBIN FIORELLA & FRIEDMAN LLP**<br>Attorneys for Defendant Greater NY Marine Transportation LLC<br><br>By: _____<br>    Michael E. Stern<br>292 Madison Avenue<br>New York, New York 10017<br>(212) 953-2381 |
| **NOURSE & BOWLES LLP**<br>Attorneys for Defendant Tokyo Marine<br><br>By: _____<br>    David Nourse<br>One Exchange Plaza<br>at 55 Broadway<br>New York, New York 10006<br>(212) 952-6200 | **FREEHILL HOGAN & MAHAR LLP**<br>Attorneys for Defendants JTS Marine Corp and MIWA Kaiun Co. Ltd.<br><br>By: _/s/ Michael E. Unger_____<br>    Michael E. Unger<br>80 Pine Street<br>New York, New York 10005<br>(212) 425-1900 |

SO ORDERED: _____  11-4-10
            U.S.D.J.